**MARC A. LIEBERMAN (SBN 157318)**
**ALAN W. FORSLEY (SBN 180958)**
**FREDMAN LIEBERMAN PEARL LLP**
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone:  (310) 284-7350
Facsimile:  (310) 432-5999
alan.forsley@flpllp.com

Attorneys for Chapter 7 Trustee
Sam S. Leslie



FILED & ENTERED

AUG 03 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**CHANGES MADE BY COURT**

ORDER NOT FOR PUBLICATION

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NIKOGOS KOSOYAN,<br><br>　　　　　　Debtor. | Case No.: 2:14-bk-20909-RK<br>Chapter 7<br><br>**ORDER DENYING MOTION FOR FRBP RULE 2004 EXAMINATION OF THIRD PARTIES**<br><br>**[No hearing required]** |

　　　Having considered Chapter 7 Trustee Sam S. Leslie's (the "**Trustee**") Motion for

FRBP Rule 2004 Examination of Third Parties filed as docket number 38 (the "**Motion**") in

1

the above-referenced matter, the declaration of Alan W. Forsley in support, and that no party has filed and opposition to the Motion,

**IT IS HEREBY ORDERED THAT:**

The Motion is hereby DENIED for Movant's failure to properly serve the moving papers upon the entity to be examined pursuant to Local Bankruptcy Rule 2004-1(c) as there is no proof of service showing service on authorized agent for service of process of the entity to be examined, JP Morgan Chase Bank, N.A. (counsel should consider service on a bank entity based on information available on a publicly recognized website like FDIC BankFind rather than relying upon unreliable information from telephone conversations with purported bank employees with unknown surnames or authority such as "Melanie" or "Shena").

**IT IS SO ORDERED.**

###

Date: August 3, 2015

_____
Robert Kwan
United States Bankruptcy Judge